UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THR, California, L.P. a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA VELASQUEZ, et al.,<br><br>Defendants. | NO. CV 13-4393-UA(DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION |

In a separate order, the Court has denied Defendant's application to proceed <u>in forma pauperis</u> in this improperly removed unlawful detainer action. For the same reasons stated in the Court's separate order, the action is remanded to state court for lack of subject matter jurisdiction.

DATED: 7/2, 2013.

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE